### In re MAINLINE CORPORATE HOLDINGS, LIMITED.

No. 2011–1609.

United States Court of Appeals, Federal Circuit.

June 14, 2012.

Michael N. Rader, Wolf, Greenfield & Sacks, P.C., of Boston, Massachusetts. argued for appellant. With him on the brief was Chelsea A. Loughran.

Frances M. Lynch. Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor and William LaMarca, Associate Solicitor.

LOURIE, DYK, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**